# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:10-cr-00430-JAD-GWF-1 |
| Plaintiff/respondent | **Order Granting Government's Motion for Entry of Separate Judgment** |
| v. | |
| Lomando Mark Scott, | **[ECF No. 203]** |
| Defendant/petitioner | |

On October 9, 2018, I denied Scott's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.[1] The government now moves for entry of a separate judgment, as required by the Ninth Circuit's recent decision in *United States v. Kingsbury*, 900 F.3d 1147 (9th Cir. 2018).

IT IS HEREBY ORDERED that the government's motion for entry of a separate judgment **(ECF No. 203) is GRANTED**. The Clerk of Court is directed **to enter a separate civil judgment denying Scott's § 2255 motion and denying a certificate of appealability.** The Clerk must also file this order and the civil judgment in this case and in the related civil case: 2:16-cv-01559-JAD.

DATED this 10th day of October, 2018.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 202.